United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Cristian CHINCHILLA-MORAN | § | |
| | § | **Civil Action No. 4:26-cv-6964** |
| Petitioner, | § | |
| | § | |
| v. | § | **HONORABLE JUDGE** |
| | § | **ANDREW S. HANEN** |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Upon consideration of Petitioner's Motion to Dismiss (Dkt. 7), the Court finds that Petitioner's habeas petition has been rendered moot, as Petitioner is subject to a final order of removal.

Accordingly, the Court ORDERS as follows:

1. The petitioner's Motion to Dismiss (Dkt. 7) is GRANTED.
2. This case is DISMISSED WITHOUT PREJUDICE as moot.
3. Any remaining pending motion are DENIED AS MOOT.

SIGNED this 3rd day of Nov, 2026.

[signature]